UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:08-CR-58-FL

UNITED STATES OF AMERICA          :
                                  :
          V.                      :          O R D E R
                                  :
TORRENCE DEVON APPLEWHITE         :


Upon motion of the United States, it is hereby ORDERED Docket Entry Number 59 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the _9th_ day of May , 2016.


_____
LOUISE W. FLANAGAN
United States District Judge